IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

E & L, LLC,

       Plaintiff,

    vs.

METROPOLITAN CASUALTY
INSURANCE COMPANY and TINA
LEDBETTER, *doing business as* T & J's
Insurance Company,

       Defendants.

Case No. 13-cv-1051-JPG-SCW

**<u>MEMORANDUM AND ORDER</u>**

This matter comes before the Court on Plaintiff's Motion to Dismiss (Doc. 35).

Specifically, the plaintiff, E & L, LLC ("E & L"), asks the Court to dismiss the matter against

defendant Metropolitan Casualty Insurance Company ("Metropolitan") with prejudice and to

dismiss the matter against defendant Tina Ledbetter, d/b/a T & J's Insurance Company

("Ledbetter"), without prejudice.  Metropolitan filed a response (Doc. 36) and did not oppose or

object to Plaintiff's Motion to Dismiss.

The Court will construe Plaintiff's Motion to Dismiss as a Notice of Dismissal pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(i).  Under Rule 41, a plaintiff may dismiss an action without a

court order by filing "a notice of dismissal before the opposing party serves either an answer or a

motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).  Neither defendant Metropolitan

nor defendant Ledbetter has filed an answer or a motion for summary judgment in this matter.

Rule 41 also states that a dismissal is without prejudice unless the notice or stipulation

states otherwise.  Fed. R. Civ. P. 41(a)(1)(B).  Here, Plaintiff requests a dismissal with prejudice

against defendant Metropolitan.

Pursuant to Plaintiff's Motion to Dismiss (Doc. 35), the matter against defendant Metropolitan is dismissed *with prejudice*, and the matter against defendant Ledbetter is dismissed *without prejudice*.

The Court hereby **GRANTS** Plaintiff's Motion to Dismiss (Doc. 35), **DENIES as moot** all remaining motions, and **DIRECTS** the Clerk to close the case.

**IT IS SO ORDERED.**

**DATED:** April 4, 2014

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**